**Dated: September 9, 2020**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 15-11005-JDL |
| Tracy Lee Green and | ) | Ch. 13 |
| Jamie Alan Brown, | ) | |
| | ) | |
| Debtors. | ) | |

### <u>ORDER DIRECTING CASE BE CLOSED</u>

This case came on for hearing September 9, 2020, pursuant to the Court's Order to Show Cause [Doc. 79] why this case should not be closed without a discharge being granted to Tracy Lee Green and Jamie Alan Brown. Linda Ruschenberg, attorney for the Chapter 13 Trustee, appeared at the hearing. Neither Debtors nor their counsel appeared at the hearing.

For the reasons stated on the record in open court, the Clerk of the Court is directed to close this case without the entry of a discharge being granted to Debtors for failure to file a Certification of Completion of Post-Petition Instructional Course concerning personal financial management as required to obtain a discharge under 11 U.S.C. § 1328(g)(1).

# # #