# Notice Recipients

District/Off: 1087–5  User: jebe  Date Created: 9/9/2020
Case: 15–11005  Form ID: pdf003  Total: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Tracy Lee Green | 12813 SE 18th St | Choctaw, OK 73020 |
| jdb | Jamie Alan Brown | 12813 SE 18th St | Choctaw, OK 73020 |
| ust | U.S. Trustee | United States Trustee  215 Dean A. McGee Ave., 4th Floor  Oklahoma City, OK 73102 | |
| tr | John T. Hardeman | PO Box 1948  Oklahoma City, OK 73101 | |
| cr | Capital One Auto Finance | P.O. Box 201347  Arlington, TX 76006 | |
| cr | Auto Advantage Finance, LLC | Sean A. Nelson, General Counsel  P.O. Box 96329  Oklahoma City, OK 73143 | |
| cr | Federal National Mortgage Association | c/o Rosicki, Rosicki & Associates, P.C.  51 East Bethpage Road  Plainview, NY 11803 | |
| cr | Atlas Acquisitions LLC | 294 Union St.  Hackensack, NJ 07601 | |
| cr | US Bank Trust NA as trustee of Bungalow Series F Trust | c/o BSI Financial Services  1425 Greenway Drive Suite 400  Irving, TX 75038 | |
| cr | BSI Financial Services | 1425 Greenway Drive, Ste 400  Irving, TX 75038 | |
| cr | Capital One Auto Finance c/o AIS Portfolio Services, LP f/k/a AIS Data Services d/b/a Ascension Capital Group  4515 N Sante Fe Ave Dept APS  Oklahoma City, OK 73118 | | |
| cr | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF BUNGALOW SERIES F TRUST  Baer & Timberlake, P.C.  c/o Matthew J. Hudspeth  4200 Perimeter Center, Suite 100  Oklahoma City, OK 73102 | | |
| aty | Bret D. Davis | Lamun Mock Cunnyngham & Davis  5613 N Classen Blvd.  Oklahoma City, OK 73118 | |
| aty | J R Matthews | J.R. Matthews LLC  PO Box 1499  Harrah, OK 73045 | |
| aty | L Ruschenberg | 321 Dean A McGee Ave  PO Box 1948  Oklahoma City, OK 73101 | |
| aty | Matthew J. Hudspeth | Baer and Timberlake PC  4200 Perimeter Center Drive Suite 100  Oklahoma City, OK 73112 | |
| aty | Michael J George | Kivell, Rayment & Francis, PC  7666 E 61st St., Suite 550  Tulsa, OK 74133 | |
| aty | Sean A Nelson | Robinson Hoover & Fudge, PLLC  119 N. Robinson Ave., Suite 1000  Oklahoma City, OK 73102 | |
| smg | Oklahoma Tax Commission | Legal Division  120 N Robinson Suite 2000W  Oklahoma City, OK 73102–7801 | |
| smg | Oklahoma Employment Security Commission  PO Box 53039  Oklahoma City, OK 73152–3039 | | |
| 5861553 | Atlas Acquisitions LLC | 294 Union St  Hackensack NJ 07601 | |
| 5674096 | Auto Advantage Finance LLC | Sean A Nelson  5350 S Western Ave 4th Floor  Oklahoma City OK 73107 | |
| 5666215 | BK OF AMER | 1800 TAPO CANYON RD  SIMI VALLEY CA 93063 | |
| 5666214 | Baer Timberlake Coulson & Cates PC | CJ–2014–3407 Oklahoma  4200 Perimeter Center Drive Suite 100  Oklahoma City OK 73112 | |
| 5666216 | CAPITAL ONE AUTO FINAN | 3901 DALLAS PKWY  PLANO TX 75093 | |
| 5666217 | CAREER STEP INC | 4692 N 300 W STE 150  PROVO UT 84604 | |
| 5666218 | CHASE/CIRCUITCITY | PO BOX 15298  WILMINGTON DE 19850 | |
| 5666219 | CREDIT ONE BANK NA | PO BOX 98875  LAS VEGAS NV 89193 | |
| 5681865 | Capital One Auto Finance | c/o Ascension Capital Group  P.O. Box 201347  Arlington, TX 76006 | |
| 5666220 | Excredauto | Auto Advantage Finance  4810 NW 39th  Oklahoma City OK 73122 | |
| 5666221 | FINANCIAL RECOVERY SERVICES INC | DEPT 813  PO BOX 4115  Concord CA 94524 | |
| 5757287 | Federal National Mortgage Association | c/o Seterus Inc  PO Box 1047  Hartford CT 06143–1047 | |
| 5666222 | HCCREDIT/CIT | 203 E EMMA AVE STE A  SPRINGDALE AR 72764 | |
| 5666223 | I C SYSTEM INC | PO BOX 64378  SAINT PAUL MN 55164 | |
| 5666224 | Internal Revenue Service | 55 N Robinson Ave  Oklahoma City OK 73102 | |
| 5666225 | LOUISIANA RECOVERY SVC | 1304 BERTRAND DR STE F4  LAFAYETTE LA 70506 | |
| 5666227 | LVNV FUNDING LLC | PO BOX 10497  GREENVILLE SC 29603 | |
| 5720234 | LVNV Funding, LLC its successors and assigns as | assignee of FNBM, LLC  Resurgent Capital Services  PO Box 10587  Greenville, SC 29603–0587 | |
| 5666226 | Love, Beal & Nixon PC | File 12–12710–0  POB 32738  Oklahoma City OK 73123 | |
| 5666228 | MATHISBROS | PO BOX 270600  OKLAHOMA CITY OK 73137 | |
| 5666229 | MIDLAND FUNDING | 8875 AERO DR STE 200  SAN DIEGO CA 92123 | |
| 5687723 | Midland Credit Management, Inc. | as agent for MIDLAND FUNDING LLC  PO Box 2011  Warren, MI 48090 | |
| 5685526 | National Credit Adjusters, LLC Purchaser of Plain Green LLC.  PO Box 3023  Attn: Michael Swanson  Hutchinson, KS 67504 | | |
| 5666230 | Oklahoma Tax Commission | Bankruptcy Section  General Counsel's Office  120 N Robinson Ave Ste 2000  Oklahoma City OK 73102–7471 | |
| 5666231 | PEAK 5 | 6782 S POTOMAC ST  ENGLEWOOD CO 80112 | |
| 5666232 | SECNTLMORTG | 5300 SOUTH 360 WES SUITE 150  SALT LAKE CITY UT 84123 | |
| 5666233 | SETERUS, INC. | BofA 173039472  PO BOX 2008  Grand Rapids MI 49501–2008 | |
| 5666234 | SLM FINANCIAL CORP | 11100 USA PKWY  FISHERS IN 46037 | |
| 5666235 | TEK–COLLECT INC | 871 PARK ST  COLUMBUS OH 43215 | |
| 5666236 | TRIBUTE | PO BOX 105555  ATLANTA GA 30348 | |

| | | | | |
|---|---|---|---|---|
| 6026429 | US Bank Trust NA as trustee of | Bungalow Series F Trust | c/o BSI Financial Services | 1425 Greenway Drive Suite 400   Irving TX 75038 |
| 6198736 | US Bank Trust National Association | BSI Finance Services | PO Box 1047 | Hartford CT 06143–1047 |
| 5666237 | US DEPT OF ED/GLELSI | PO BOX 7860 | MADISON WI 53707 | |
| 5697854 | US DEPT OF EDUCATION | CLAIMS FILING UNIT | PO BOX 8973 | MADISON, WI 53704–8973 |

TOTAL: 54